NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LARRY D. PITTS,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7109

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-0280, Judge Lawrence B. Hagel.

---

## ON MOTION

---

Before PROST, *Circuit Judge.*

## ORDER

Larry D. Pitts moves for a remand. The Secretary of Veterans Affairs opposes. Pitts also moves to forward the record to this court.

We deem the better course is for Pitts to present his arguments for remand in his brief for consideration by the

merits panel, if appropriate. Concerning Pitts' motion about the record, Pitts and the Secretary may of course include with their briefs copies of any documents that were before the Court of Appeals for Veterans claims. Pitts has not shown that the record should be forwarded at this time.

Accordingly,

IT IS ORDERED THAT:

The motions are denied. The Secretary's brief due date should be calculated from the date of filing of this order.

FOR THE COURT

**JUL 8 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Larry D. Pitts
    Nicholas Jabbour, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUL 0 8 2011**

**JAN HORBALY**
**CLERK**